*E-Filed 5/5/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN MONROE, | No. C 09-5445 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SUE SUMMERSET, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.

The complaint was dismissed with leave to amend. Plaintiff was directed to file an amended complaint by April 22, 2010, or face dismissal of the action. No amended complaint has been filed. Accordingly, the action is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: May 5, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-5445 RS (PR)
ORDER OF DISMISSAL